IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGINA WRIGHT-BLUHM, | ) | Case No. 1:17CV655 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **REPORT & RECOMMENDATION** |
| | ) | |

Plaintiff, Georgina Wright-Bluhm ("Plaintiff"), filed a complaint challenging the final decision of Defendant, Nancy Berryhill, Acting Commissioner of Social Security ("Commissioner"), denying her application for benefits under the Social Security Act, 42 U.S.C. §§ 423 *et seq.* The court has jurisdiction pursuant to 42 U.S.C. § 405(g). This case is before the undersigned Magistrate Judge pursuant to an automatic referral under Local Rule 72.2(b) for a Report and Recommendation.

On March 29, 2017, plaintiff requested leave to proceed *in forma pauperis* ("IFP") in this case. Plaintiff's application established that her monthly household income exceeded the costs of her household expenses. As this is not a case where plaintiff is unable to pay the filing fee, her IFP application was denied. Plaintiff was ordered to file the filing fee within twenty days of the court's order, or by April 19, 2017.

To date, plaintiff has failed to file the required filing fee in this case. Therefore, the undersigned recommends that the court DISMISS plaintiff's case for failure to pay the required filing fee.

Dated: April 20, 2017

Thomas M. Parker
United States Magistrate Judge

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *U.S. v. Walters*, 638 F.2d 947 (6th Cir. 1981). See also *Thomas v. Arn,* 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).