UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GEORGINA WRIGHT-BLUHM, ) | Case No.: 1:17 CV 655 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant ) | ORDER |

On March 29, 2017, Plaintiff Georgina Wright-Bluhm ("Plaintiff" or "Wright-Bluhm"), represented by counsel, filed the above-captioned case, seeking judicial review of Defendant Commissioner of Social Security's ("Defendant" or "Commissioner") final determination denying Plaintiff's application for social security disability benefits for lack of disability. (Compl., ECF No.1, at 1.) On that same day, Petitioner also filed a Motion to Proceed in Forma Pauperis (ECF No. 2). Also on March 29, 2017, the court referred the matter to Magistrate Judge Thomas M. Parker ("Judge Parker"), pursuant to Local Rule 72.2.

On March 30, 2017, Judge Greenberg denied Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 5) and ordered Plaintiff to pay the required filing fee within twenty days. On April 20, 2017, because Plaintiff had not paid the filing fee, Judge Parker submitted a Report and Recommendation ("R&R"), recommending that the court dismiss the case. (ECF No. 6.)

As of the date of this Order, Plaintiff has not filed objections to the Report and Recommendation, which were due on May 4, 2017. By failing to do so, she has waived the right

to appeal the Magistrate Judge's recommendation. *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Additionally, Plaintiff has still not paid the required filing fee for her matter to proceed.

The court finds, after careful review of the Magistrate Judge's Report and Recommendation and all other relevant documents in the record, that the Magistrate Judge's conclusions are fully supported by the record and controlling case law. Accordingly, the court adopts as its own the Magistrate Judge's Report and Recommendation (ECF No. 21).

Consequently, the case is dismissed for failure to pay the required filing fee.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 5, 2017